**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Sara Berens,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-01381-ADA-SH** |
| | § | |
| | § | |
| **Frank Bisignano, Commissioner of** | § | |
| **Social Security Administration,** | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 20. Judge Hightower recommends that this Court **GRANT** Defendant's Unopposed Motion to Reverse and Remand (Dkt. 19) and **REVERSE** and **REMAND** this case under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security to conduct further administrative proceedings. *Id.* at 2. The report further recommends that this Court **ENTER JUDGMENT** on behalf of Plaintiff. *Id.* The report was filed on February 20, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion to Reverse and Remand (Dkt. 19) is hereby **GRANTED** and this matter is **REVERSED AND REMANDED** under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security to conduct further administrative proceedings.

**IT IS FURTHER ORDERED** that **JUDGMENT** is hereby **ENTERED** on behalf of Plaintiff. The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 10th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE